1
2                                                          JS-6
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                           EASTERN DIVISION

10  INNOVATIVE SPORTS                    Case No.: 5:19-cv-00504-JFW-SPx
    MANAGEMENT, INC., d/b/a
11  INTEGRATED SPORTS MEDIA,             JUDGMENT

12            Plaintiff,

13       vs.

14  ANGEL J. HERNANI DENEGRI, et al.,

15            Defendants.

16

17

18

19       Default having been entered against Defendant Micas Peruvian Fusion, Inc.

20  on June 19, 2019, and against Defendants Angel J. Hernandez Denegri and Teresa

21  Ramos Hernani on November 5, 2019, (Dkt. Nos. 29, 42), Plaintiff Innovative

22  Sports Management, Inc., d/b/a Integrated Sports Media having filed its Renewed

23  Application for Entry of Default Judgment on December 16, 2019 (Dkt. No. 53),

24  Defendants Denegri and Ramos having opposed, (Dkt. Nos. 57, 58), and Plaintiff

25

26

27

28

JUDGMENT – Page 1

having filed its Reply, (Dkt. No. 59), after considering the moving, opposing, and reply papers, and the arguments therein,

**IT IS HEREBY ORDERED AND ADJUDGED** that JUDGMENT be entered against Defendants, Micas Peruvian Fusion, Inc., Angel J. Hernandez Denegri, and Teresa Ramos Hernani, and in favor of Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media, as follows:

a. Damages For Violation of 47 U.S.C. § 605(e)(3)(C)(i)(II):  $ 5,000.00

b. Damages For Violation of 47 U.S.C. § 605(e)(3)(C)(ii):  $ 2,500.00

c. Damages for the Tort of Conversion:  $ 750.00

d. Plaintiff's Attorneys' Fees:  $ 1,025.00

Total:  $ **9,275.00**

**It is so ordered**:

_____  Dated: January 23, 2020
**The Hon. John F. Walter**
**United States District Court**
**Central District of California**

JUDGMENT – Page 2